■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. GIST, Appellant. [750 NYS2d 539] —Appeal from a judgment of Onondaga County Court (Merrill, J.), entered June 23, 2000, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Orlowski*, 292 AD2d 819, *lv denied* 98 NY2d 653; *People v Somers*, 280 AD2d 925, *lv denied* 96 NY2d 806). Present—Hayes, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.